JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKAYI RUDO WHITE, | Case No. CV 20-9141 FMO (MAAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KIRK J. NAKAMURA, et al., | |
| Defendants. | |

Pursuant to the court's Order Re: Motion to Dismiss, IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**.

Dated this 7th day of December, 2020.

/s/
Fernando M. Olguin
United States District Judge